ELIAS N. MALLOUK, Appellant, *v.* THE AMERICAN EXCHANGE NATIONAL BANK, Respondent, Impleaded with Others.

*Mallouk* v. *American Exchange Nat. Bank*, 157 App. Div. 711, affirmed.
(Argued October 15, 1915; decided October 29, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 25, 1913, upon an order reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and dismissing the complaint in an action by plaintiff as assignee of certain judgment creditors to set aside a conveyance of real property by the judgment

debtors to the defendant herein on the ground of fraud, the complaint demanding judgment either for the reconveyance of the property or for its value in case the same could not be reconveyed. It appearing that defendant, the alleged fraudulent grantee, had parted with title and possession to the property prior to the trial, the case turns on the point whether a money judgment was properly awarded by the trial court against it.

*Jacob Ansbacher, Alfred A. Walter* and *George A.. Ferris* for appellant.

*Edgar J. Nathan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, SEABURY and POUND, JJ. Not sitting: CARDOZO, J.